**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH FLORES, an individual,<br><br>    Plaintiff,<br> v.<br><br>JD E-COMMERCE AMERICA LIMITED, a Delaware business entity, JD.COM AMERICAN TECHNOLOGIES CORPORATION, a Delaware business entity, JINGDONG E-COMMERCE (TRADE) HONG KONG CORPORATION LIMITED, a Hong Kong Business Entity, WALMART, INC., a Delaware business entity; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-02506-SVW-PVC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Assigned for all purposes to:<br><br>Hon. Stephen V. Wilson |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

1  The complaint is dismissed with prejudice.
2  All previously set dates are vacated and off-calendar
3
4  SO ORDERED.
5  Dated: __October 25, 2022__   By: ____/s/ Stephen V. Wilson____
6                                      Honorable Stephen V. Wilson
7                                      United States District Judge